931 F.2d 52
 Washington (Alison), a/k/a Johnson (Alison), Guardian of
Washington (George Michael, Thomas), Carter
(Juanita, Pamela, Logan), Johnson (Thomas)
v.
City of Philadelphia, Tucker (Kevin), Lower Merion Township,
Gilbert (Michael), Hunsicker (Thomas), Hasson
(Harry), White (James S.), Goode (W.
Wilson), Rohrbach (John)
 NO. 90-1630
 United States Court of Appeals,
Third Circuit.
 MAR 18, 1991
 
 Appeal From: E.D.Pa.,
 Reed, J.
 
 
 1
 AFFIRMED.